IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ABBVIE INC. *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:25-cv-00519 |
| | ) Judge Aleta A. Trauger |
| JONATHAN SKRMETTI, in his official capacity as ATTORNEY GENERAL OF THE STATE OF TENNESSEE, | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiffs' Motion for a Preliminary Injunction (Doc. No. 17) is **DENIED**.

The initial case management conference remains set for August 7, 2025 at 4:00 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge